Todd M. Friedman (SBN 216752)
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>EXXCELRANK LLC, and DOES 1 through 10, inclusive, and each of them,<br>Defendants. | Case No.:<br><br>3:21-cv-06016-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 29th Day of October, 2021.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

Notice of Dismissal - 1

**CERTIFICATE OF SERVICE**

Filed electronically on October 29, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on October 29, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
    Todd M. Friedman